McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Tayler D. Martinez
Nevada Bar No. 14921
  *tayler.martinez@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG ZUCHELKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation; LEIGH AUBUCHON, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02182-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (FIRST REQUEST)** |

The Parties to this matter, by and through their respective Counsel of Record, hereby submit this stipulation and proposed order specifically seeking to extend the discovery deadline and dates related thereto by 120 days.

IT IS HEREBY STIPULATED AND AGREED between the parties to extend the discovery deadline of August 31, 2021; the initial expert deadline of July 2, 2021; the rebuttal expert deadline of August 2, 2021; the dispositive motions deadline of September 30, 2021; and the joint pre-trial order deadline of November 1, 2021. In accordance with Local Rule 26-4, the parties state as follows:

**I.     DISCOVERY COMPLETED BY THE PARTIES:**

The parties have served their initial disclosures as well as several supplements thereto. The

parties have propounded and responded to one another's respective written discovery. Plaintiff's deposition is scheduled to proceed on July 27, 2021.

## II. DISCOVERY WHICH REMAINS TO BE COMPLETED:

As indicated above, Plaintiff's deposition is scheduled to proceed on July 27, 2021. Plaintiff intends to depose the relevant claims handling personnel at GEICO, all of whom reside out of state.

The parties will also seek to depose experts.

## III. REASONS WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN:

The parties have been working diligently throughout the discovery process. As indicated above, the parties engaged in substantive discovery efforts in terms of disclosures and written discovery. However, GEICO has only recently obtained Plaintiff's written discovery responses and executed authorizations thereby necessitating moving Plaintiff's deposition from May 26, 2021 to July 27, 2021, roughly 30 days before the current discovery deadline.

## IV. GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION

The instant stipulation is submitted within the timeframe outlined by LR II 26-3. As stated above, the parties have been working diligently on all discovery-related items but the recent production of written discovery responses and executed authorizations make a 120-day extension necessary. The parties anticipate this extension will be a reasonable amount of time for all depositions mentioned above to take place.

## V. SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY:

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be continued one hundred twenty (120) days, as follows:

A. ESTIMATE OF TIME REQUIRED FOR DISCOVERY: Pursuant to Local Rule 26-1(b)(1), and with the Court's approval, discovery shall be completed on or before December 29, 2021.

B. EXPERT DISCLOSURES: Unless otherwise stated herein, and the Court so orders, the date for the parties to exchange initial expert witness disclosures shall be sixty (60) days prior to the discovery cut-off date, but not later than October 29, 2021, and rebuttal expert disclosures

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2    Case No. 2:20-cv-02182-GMN-EJY

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (FIRST REQUEST)

shall be thirty (30) days prior to the discovery cut-off date, but not later than November 29, 2021.

C. DISPOSITIVE MOTIONS: Unless otherwise stated herein, and the Court so orders, the date for filing dispositive motions shall be thirty (30) days after the discovery cut-off date, but not later than January 28, 2022.

D. PRETRIAL ORDER: Unless otherwise stated herein, and the Court so orders, the joint pretrial order shall be filed thirty (30) days after the date set for filing dispositive motions, but not later than February 28, 2022.

DATED this 1st day of June, 2021

PAUL PADDA LAW, PLLC

By    /s/ *Srilata R. Shah*
Paul S. Padda, Nevada Bar No. 10417
James P. Kelly, Nevada Bar No. 8140
Srilata R. Shah, Nevada Bar No. 6820
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tel. (702) 366-1888

Attorneys for Plaintiff

DATED this 1st day of June, 2021

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By    /s/ *Jonathan W. Carlson*
Jonathan W. Carlson, Nevada Bar No. 10536
Tayler D. Martinez, Nevada Bar No. 14921
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED this 1st day of June, 2021

_____
UNITED STATES MAGISTRATE JUDGE

7670858.1

Case No. 2:20-cv-02182-GMN-EJY
STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (FIRST REQUEST)