PAUL S. PADDA, ESQ. (NV Bar No. 10417)
Email: *psp@paulpaddalaw.com*
SRILATA R. SHAH, ESQ. (NV Bar No. 6820)
Email: *sri@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG ZUCHELKOWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation; LEIGH AUBUCHON, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. | CASE NO.:   2:20-cv-02182-GMN-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 6(b) and the Court's Local Rule of Civil Practice ("LRCP") 7-1, the parties respectfully request that the Court extend the current deadline for Plaintiff to respond to Defendants' Motion to Dismiss the Amended Complaint as to Defendant Leigh Aubuchon and to Dismiss Extra-Contractual Causes of Action as to Defendant GEICO General Insurance Company, or in the Alternative to Stay Extra-Contractual

. . .

1

Zuchelkowski v. GEICO General Insurance Company, et al.
United States District Court; District of Nevada; Case No. 2:20-cv-02182-GMN-EJY
*Stipulation for Extension of Time for Plaintiff to Respond to Defendants' Motion to Dismiss*
PPL# 200810-15-05

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

Causes of Action (ECF No. 22), up to and including August 11, 2021.  This is the parties' first request for an extension of time.  Plaintiff's current deadline is August 4, 2021.

| PAUL PADDA LAW | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
|---|---|
| /s/ *Srilata R. Shah* | /s/ *Jonathan W. Carlson* |
| SRILATA R. SHAH, ESQ.<br>NV Bar No. 6820<br>4560 S. Decatur Boulevard, Ste. 300<br>Las Vegas, Nevada 89103 | JONATHAN W. CARLSON, ESQ.<br>NV Bar No. 10536<br>8337 W. Sunset Road, Ste. 350<br>Las Vegas, Nevada 89113 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Dated:  August 4, 2021. | Dated:  August 4, 2021. |

**IT IS SO ORDERED.**

Dated this  5   day of August, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

2

Zuchelkowski v. GEICO General Insurance Company, et al.
United States District Court; District of Nevada; Case No. 2:20-cv-02182-GMN-EJY
*Stipulation for Extension of Time for Plaintiff to Respond to Defendants' Motion to Dismiss*
PPL# 200810-15-05