McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddreii@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendants
GEICO General Insurance Company
and Leigh Aubuchon

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| CRAIG ZUCHELKOWSKI, | Case No. 2:20-cv-02182-GMN-EJY |
| Plaintiff, | |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation; LEIGH AUBUCHON, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (SECOND REQUEST)** |
| Defendants. | |

The Parties to this matter, by and through their respective Counsel of Record, hereby submit this stipulation and proposed order specifically seeking to extend the discovery deadline and dates related thereto by 90 days.

///

///

///

///

IT IS HEREBY STIPULATED AND AGREED between the parties to extend the discovery deadline of December 29, 2021; the initial expert deadline of October 29, 2021; the rebuttal expert deadline of November 29, 2021; the dispositive motions deadline of January 28, 2022; and the joint pre-trial order deadline of February 28, 2022. In accordance with Local Rule 26-3, the parties state as follows:

**I.  DISCOVERY COMPLETED BY THE PARTIES:**

The parties have served their initial disclosures as well as several supplements thereto. The parties have propounded and responded to one another's respective written discovery. Plaintiff's deposition took place on October 11, 2021.

**II.  DISCOVERY WHICH REMAINS TO BE COMPLETED:**

Plaintiff intends to depose the relevant claims handling personnel at GEICO, all of whom reside out of state.

The parties will also seek to disclose and depose experts.

**III.  REASONS WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN:**

The parties have been working diligently throughout the discovery process. As indicated above, the parties engaged in substantive discovery efforts in terms of disclosures and written discovery, and the recent deposition of Plaintiff. However, Plaintiff's deposition just occurred on October 11, 2021, and the parties require additional time to obtain and disclose experts, and conduct additional depositions.

**IV.  GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION**

The instant stipulation is submitted within the timeframe outlined by LR 26-3, as it is submitted within 21 days before the expiration of the October 29, 2021 deadline for initial experts. As stated above, the parties have been working diligently on all discovery-related items but the recent production of written discovery responses and executed authorizations make a 90-day extension necessary. The parties anticipate this extension will be a reasonable amount of time for all depositions and disclosures mentioned above to take place.

/ / /

## V. SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY:

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be continued ninety (90) days, as follows:

A. ESTIMATE OF TIME REQUIRED FOR DISCOVERY: Pursuant to Local Rule 26-1(b)(1), and with the Court's approval, discovery shall be completed on or before March 29, 2022.

B. EXPERT DISCLOSURES: Unless otherwise stated herein, and the Court so orders, the date for the parties to exchange initial expert witness disclosures shall be sixty (60) days prior to the discovery cut-off date, but not later than January 28, 2022, and rebuttal expert disclosures shall be thirty (30) days prior to the discovery cut-off date, but not later than March 1, 2022.

C. DISPOSITIVE MOTIONS: Unless otherwise stated herein, and the Court so orders, the date for filing dispositive motions shall be thirty (30) days after the discovery cut-off date, but not later than April 28, 2022.

D. PRETRIAL ORDER: Unless otherwise stated herein, and the Court so orders, the joint pretrial order shall be filed thirty (30) days after the date set for filing dispositive motions, but not later than May 30, 2022.

DATED this 19th day of October, 2021

PAUL PADDA LAW, PLLC

By         /s/ *Srilata R. Shah*
Paul S. Padda, Nevada Bar No. 10417
James P. Kelly, Nevada Bar No. 8140
Srilata R. Shah, Nevada Bar No. 6820
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tel. (702) 366-1888

Attorneys for Plaintiff

DATED this 19th day of October, 2021

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By  /s/ *Jonathan W. Carlson*
Jonathan W. Carlson, Nevada Bar No. 10536
Frank A. Toddre, II, Nevada Bar No. 11474
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED this 19 day of October, 2021

UNITED STATES MAGISTRATE JUDGE

032193-000198 7970639.1