JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
*jcarlson@mbswc.com*
FRANK A. TODDRE, II
Nevada Bar No. 11474
*ftoddre@mbswc.com*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG ZUCHELKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation; LEIGH AUBUCHON, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.   2:20-cv-2182-GMN-EJY<br><br>~~PROPOSED~~ **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRE-TRIAL ORDER**<br><br>**[SECOND REQUEST TO EXTEND SCHEDULING ORDER, FIRST TO SPECIFICALLY EXTEND JOINT PRE TRIAL ORDER DEADLINE]** |

Defendant GEICO GENERAL INSURANCE COMPANY, by and through its attorneys of record of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and Plaintiff CRAIG ZUCHELKOWSKI, by and through his attorneys of record of the law firm PAUL PADDA LAW, PLLC, hereby stipulate to extend the deadline to file a Proposed Joint Pre-Trial Order in this matter from July 28, 2022, to August 1, 2022.

/ / /

/ / /

/ / /

/ / /

 

PROPOSED STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRE-TRIAL ORDER
CASE NO. 2:20-cv-2182-GMN-EJY

The reason for the brief extension is so that the parties may exchange final revisions of the Joint Pre Trial Order. While the parties had in good faith been working in finishing prior to the deadline, there was also a mutual question of whether the deadline would be stayed pursuant to LR 26-1(b)(5) which provides that if "dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order."

Given that GEICO's outstanding motion to dismiss the extra contractual claims of relief[1] is still pending—but only partially dispositive of the matter—the parties were unsure whether the pleading was ensconced within the category of dispositive motions contemplated by this Rule. Out of an abundance of caution, the parties agreed to submit the joint pretrial order and with the acknowledgment they would amend if necessary following disposition of said Motion to Dismiss.

With this, the parties in good faith request a brief continuance to finalize their revisions and shall not request a second continuance for this date.

DATED this 28th day of July, 2022

PAUL PADDA LAW, PLLC

By  */s/ Srilata R. Shah*
PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
SRILATA R. SHAH, ESQ.
Nevada Bar No. 6820
Attorneys for Plaintiff

///

///

///

///

///

---

[1] ECF No. 22.

PROPOSED STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRE-TRIAL ORDER
CASE NO. 2:20-cv-2182-GMN-EJY

DATED this 28th day of June, 2022

        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

        By    */s/ Frank A. Toddre, II*
            JONATHAN W. CARLSON, ESQ.
            Nevada Bar No. 10536
            FRANK A. TODDRE, II
            Nevada Bar No. 11474
            Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED this 2nd day of August, 2022.

By   *[signature]*
UNITED STATES MAGISTRATE JUDGE

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

3