PAUL S. PADDA, ESQ. (NV Bar No. 10417)
Email: psp@paulpaddalaw.com
SRILATA R. SHAH, ESQ. (NV Bar No. 6820)
Email: sri@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG ZUCHELKOWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation; LEIGH AUBUCHON, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. | Case No.  2:20-cv-2182-GMN-EJY<br><br>**STIPULATION TO PERMIT PLAINTIFF ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b) and the Court's Local Rule of Civil Practice 7-1, the parties respectfully request that the Court extend the current deadline by 30-days, or until April 5, 2023, for Plaintiff to file an amended complaint in compliance with the Court's February 13, 2023 Order.  *See* ECF No. 39.  Presently, Plaintiff's amended complaint is due today, March 6, 2023.  This is the parties first request for an extension of time for the purpose set forth herein.

1

Craig Zuchelkowski v. GEICO General Insurance Company, *et. al.*
United States District Court; District of Nevada; Case No. 2:20-cv-02182-GMN-EJY
*Stipulation To Permit Plaintiff Additional Time To File An Amended Complaint*
PPL# 200810-15-05

1    Good cause supports the approval of this Stipulation.  As explained to counsel for
2    Defendants, Plaintiff's primary counsel, Srilata Shah, Esq. is currently out of the country
3    tending to a family matter and is not expected to return to the office until the end of this month.
4    Paul Padda, who is less familiar with this case, has been required, in Ms. Shah's absence, to
5    review the Court's Order and commence work on an amended complaint.  However, because
6    undersigned counsel for Plaintiff has not had the level of involvement in this case that Ms. Shah
7    had, additional time will be needed to properly understand the case and prepare an amended
8    complaint that contains the additional factual detail required by the Court's February 13, 2023
9    Order.  The parties have communicated regarding this matter and agree that a short extension of
10   30-days is warranted and appropriate under the circumstances.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

Craig Zuchelkowski v. GEICO General Insurance Company, *et. al.*
United States District Court; District of Nevada; Case No. 2:20-cv-02182-GMN-EJY
*Stipulation To Permit Plaintiff Additional Time To File An Amended Complaint*
PPL# 200810-15-05

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

In light of the foregoing, the parties respectfully request that the Court approve this Stipulation and permit Plaintiff to file an amended complaint on or before April 5, 2023.

Respectfully submitted,

/s/ *Jonathan W. Carlson*        /s/ *Paul S. Padda*

Jonathan W. Carlson, Esq.        Paul S. Padda, Esq.
MCCORMICK, BARSTOW,        Srilata Shah, Esq.
SHEPPARD, WAYTE & CARRUTH LLP        PAUL PADD LAW, PLLC
8337 West Sunset Road, Suite 350        4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89113        Las Vegas, Nevada 89103

*Attorney for Defendants*        *Attorneys for Plaintiff*

Dated:  March 6, 2023        Dated:  March 6, 2023

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: March 6, 2023

3

Craig Zuchelkowski v. GEICO General Insurance Company, *et. al.*
United States District Court; District of Nevada; Case No. 2:20-cv-02182-GMN-EJY
*Stipulation To Permit Plaintiff Additional Time To File An Amended Complaint*
PPL# 200810-15-05