McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *Stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

*Attorneys for Defendants*
*GEICO General Insurance Company*
*and Leigh Aubuchon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG ZUCHELKOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation; LEIGH AUBUCHON, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-02182-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Re: <u>Zuchelkowski v. GEICO</u>
Case No. 2:20-cv-02182-GMN-EJY

Each party will bear their own costs and attorneys' fees.

Dated: May 2, 2023

PAUL PADDA LAW, PLLC

By: _____
Paul S. Padda
Nevada Bar No. 10417
Srilata R. Shah
Nevada Bar No. 6820
4030 S. Jones Blvd., Unit 30370
Las Vegas, NV 89117
*Attorney for Plaintiff Craig Zuchelkowski*

Dated: May 2, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Jonathan W. Carlson
Nevada Bar No. 10536
Stacy Norris
Nevada Bar No. 15445
*Attorneys for Defendants
GEICO General Insurance Company
and Leigh Aubuchon*

**ORDER**

**IT IS SO ORDERED.**

DATED this 2 day of May, 2023.

_____

9052815.1